

# Fourth Court of Appeals
## San Antonio, Texas

October 1, 2025

No. 04-24-00602-CV

Michael Lawrence **SHALIT**,
Appellant

v.

Robyn **LYNN**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 11-177
Honorable Kirsten Cohoon, Judge Presiding

**ORDER**

Sitting:      Irene Rios, Justice
              H. Todd McCray, Justice
              Velia J. Meza, Justice

In accordance with this court's opinion of this date, this appeal is **DISMISSED FOR WANT OF JURISDICTIO**N. Costs of appeal are assessed against Michael Lawrence Shalit.

It is so **ORDERED** on October 1, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of October, 2025.

_____
Caitlin A. McCamish, Clerk of Court